## STATE v. WILLIAMS

No. 278A99

Case below: Wake County Superior Court

Motion by defendant for appropriate relief remanded to the Wake County Superior Court 27 June 2002 for determination of the issues contained therein regarding whether the death sentences imposed upon defendant violate N.C.G.S. § 15A-2005.

## STATE v. WILLIAMS

No. 253P02

Case below: 149 N.C. App. 795

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## STATE EX REL. UTILS. COMM'N v. CAROLINA WATER SERV., INC.

No. 267PA02

Case below: 149 N.C. App. 656

Petition by petitioner (Public Staff) and Intervenor (Roy Cooper) for discretionary review pursuant to G.S. 7A-31 allowed 27 June 2002.

## STEPHENSON v. BARTLETT

No. 94PA02-2

Case below: COAP02-161

Motion by defendants to suspend rules allowed 4 June 2002. Petition by defendants for writ of supersedeas and motion for temporary stay and for direct review of the trial court's 31 May 2002 order prior to determination by the Court of Appeals allowed 4 June 2002. Motion by defendants for temporary stay denied 4 June 2002. Petition by defendants for writ of supersedeas denied 4 June 2002.

## STORCH v. WINN-DIXIE CHARLOTTE, INC.

No. 205P02

Case below: 149 N.C. App. 478

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.